THE CIRCUIT COURT OF SEBASTIAN COUNTY, ARKANSAS

CIVIL DIVISION
VI

CRAWFORD-SEBASTIAN COMMUNITY
DEVELOPMENT COUNCIL, INC.
Plaintiff

v.                                                                      No. CV-19-758

NEW HAMPSHIRE INSURANCE COMPANY
(A CAPITAL STOCK COMPANY
Defendant

SUMMONS

*THE STATE OF ARKANSAS TO DEFENDANT:*

**NEW HAMPSHIRE INSURANCE COMPANY (A CAPITAL STOCK COMPANY**

**300 SPRING BLDG., SUITE 900, 300 S. SPRING STREET, LITTLE ROCK, ARKANSAS 72201**

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: J. RYAN FOWLER, MERLIN LAW GROUP, P.A. 515 POST OAK BLVD., SUITE 510, HOUSTON, TEXAS 77027

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

*Additional Notices Included:*

EXHIBIT
2

**DENORA COOMER**
CLERK OF COURT

Address of Clerk's Office

CIRCUIT CLERK
P.O. BOX 1179
FORT SMITH, AR 72902

_____
[Signature of Clerk or Deputy Clerk]

Date: __8-30-19__

This summons is for _____ (name of Defendant).

## PROOF OF SERVICE

☐ On _____ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or

☐ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

☐ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

☐ On _____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

☐ On _____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____
[name and job description]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]:

☐ I was unable to execute service because:

My fee is $ _____.

*To be completed if service is by a sheriff or deputy sheriff:*

Date: _____   SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
   [signature of server]

_____
   [printed name, title, and badge number]

*To be completed if service is by a person other than a sheriff or deputy sheriff:*

Date: _____

By: _____
   [signature of server]

_____
   [printed name]

Address: _____

   Phone: _____

Subscribed and sworn to before me this date: _____

   Notary Public _____

My Commission Expires: _____

Additional information regarding service or attempted service: