UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CRAWFORD-SEBASTIAN COMMUNITY
DEVELOPMENT COUNCIL, INC.                                                    PLAINTIFF

v.                                            No. 2:19-CV-02128

NEW HAMPSHIRE INSURANCE COMPANY                                  DEFENDANT

## JUDGMENT

Pursuant to the notice of acceptance of offer of judgment (Doc. 69) filed in this case on this same date, judgment is entered in favor of Plaintiff Crawford-Sebastian Community Development Council, Inc., on its claims against Defendant New Hampshire Insurance Company in the amount of $300,000.

In accordance with 28 U.S.C. § 1961, interest on this judgment will accrue at the rate of 0.06% per annum from the date of entry of this judgment until paid.

IT IS SO ADJUDGED this 14th day of May, 2021.


/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE